UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
☐ Eastern (Jackson) DIVISION
☐ Western(Memphis) DIVISION

Sharon D. Mason Mills )
)
Plaintiff, )
)
)
vs. )
)
MEMPHIS LIGHT GAS & WATER )
DIVISION OF THE CITY OF MEMPHIS )
Defendant. )

RECEIVED

MAY - 1 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

No. _____

JURY DEMAND

COMPLAINT

1. This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

    ☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
    ***NOTE:*** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

    ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
    ***NOTE:*** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    ☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
    ***NOTE:*** *In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2.  Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3.  Plaintiff resides at:

130 CASEY DR
STREET ADDRESS

FAYETTE , TN , 38066 , (901) 233-3333
County        State      Zip Code    Telephone Number

4.  Defendant(s) resides at, or its business is located at:

220 SOUTH MAIN STREET
STREET ADDRESS

SHELBY , MEMPHIS , TN , 38103 .
County    City       State    Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

5.  The address at which I sought employment or was employed by the defendant(s) is:

220 SOUTH MAIN STREET

2

STREET ADDRESS

_SHELBY_ , _MEMPHIS_ , _TENN_ , _#103_ .
County　　　　　City　　　　　State　　　　　Zip Code

6. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

　　☐ Failure to hire

　　☐ Termination of my employment

　　☐ Failure to promote

　　☐ Failure to accommodate my disability

　　☐ Unequal terms and conditions of my employment

　　☒ Retaliation

　　☐ Other acts*(specify)*:_____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7. It is my best recollection that the alleged discriminatory acts occurred on:
_SEE ATTACHED LETTER_
Date(s)

8. I believe that the defendant(s) *(check one)*:

　　☒ is still committing these acts against me.

　　☐ is <u>not</u> still committing these acts against me.

9. Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

- [ ] Race_____
- [ ] Color_____
- [ ] Gender/Sex_____
- [x] Religion_____
- [ ] National Origin_____
- [ ] Disability_____
- [ ] Age. If age is checked, answer the following:
  I was born in_____. At the time(s) defendant(s) discriminated against me.

  I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10. The facts of my case are as follows:

    SEE ATTACHED LETTER

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.* SEE ATTACHED EEOC CHARGE

11. It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on:_____

12. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on:_____.
Date

**Only litigants alleging age discrimination must answer Question #13.**

13. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

    ☐ 60 days or more have elapsed

    ☐ Less than 60 days have elapsed.

14. The Equal Employment Opportunity Commission *(check one)*:

    ☐ has not issued a Right to Sue Letter.

    ☒ has issued a Right to Sue letter, which I **received** on  SEE ATTACHED LETTER
    Date

***NOTE:*** *This is the date you received the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15. Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

***NOTE:*** *You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16. I would like to have my case tried by a jury:

    ☒ Yes

    ☐ No

5

WHEREFORE, plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☐ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☐ order other equitable or injunctive relief as follows: _LAST POSITION APPLIED FOR_

☐ direct that Defendant pay Plaintiff back pay in the amount of _UNKNOWN AMOUNT OF BACK + JOB OFFERED_ and interest on back pay;

☐ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _TO BE MADE WHOLE_

_[signature]_
SIGNATURE OF PLAINTIFF

Date: 5-1-23

_____
Address

_____
Phone Number

Chief Complaint

EEOC Case # 490-202200398
Dare: November 24, 2021

On June 3, 2018 I was hired by Memphis Light Gas and Water as a Physical Security Officer, I was working Monday thru Friday approximately eighteen months Sometime later my schedule was suddenly changed, I humbly I informed Supervisor, Roderick Cunningham that I was a Sabbarh keeper, Hebrew Israelite and the unjust schedule change conflicted with my Religion and commitment to God, I attempted to explain my situation, Cunningham instructed me to submit an accommodation form, I made the request for .y situation and my.requst wasn't granted,

I filed an EEOC Charge on October 19, 2019 which subsequently led me to rile a Pro Se lawsuit in federal court, My case was dismissed for failure to state a claim on June 14,2021,

In January 2020, I scheduled a meeting with Vice President, Mr, Goodloe to express my sentiments regarding my denied accommodations, In the mid of attempting to explain my situation, he began to attack me verbally by saying I wasn't going to over talk him he further attacked me by saying I should have been fired a long time ago and should have never made probation however my evaluations were contrary, He also referenced my EEOC complaint stating that I went to EEOC and there wasn't. much that he could do for me and his hands were tied , I was ar his mercy and at no ti.e tha it would have benefited me, I continued to attempt to explain my situation in the humblest way possible, He finally told me to go to Human Resource to see Lind Ford and submit him an email regarding my request and he would follow up with me in a few days and just check with Ms Ford,
I sat in Linda Ford's office a day submitted my request as instructed, I checked with Ms, Ford on multiple occasions and there was never a reply,

Following the filing of my prior charge of discrimination, I began experience harassment in the form of denial of request for days off, refusal to provide shif change, refusal of weekends off but male coworker was given weekends off, This injustice caused me to suffer from severe anxiety and exacerbated my PTSD, I was written up for being AWOL and I went out o leave dealing with my disability in September 2020, I was assigned to a single location for many months until June 2021, After my lawsuit was dismissed, The difficulty of my work schedule increased and I went out on and called off work for the third time June 29, 2021 because of my disability, I had applied for multiple jobs within the division to remove myself from the hostile environment and it was to no avail. Oddly a short time after, I received a phone call from L Hardy. one of my immediate superviso, he asked if I was still interested in a job I applied for recently and I told him. yes, He instructed me to contact Edward Castro in Human Resource, I did as instructed by Hardy, Mr Castro informed me rhat I was the only candidate that was qualified and that the other candidates had disciplinary issues, He further told me that I would have to take a written exam and he would email me the study martial, He also asked when would I be returning I told him that I would consult with my do tor, I followed up with him a d told him I would return in two

weeks, I reached out to Linda Ford again on several attempted via email, phone calls and her personal cell. She never replied from tgw work phone and email but she did reply from her personal phone told told me contact via work contacts however she would text me in the past from her personal cell phone. I thought I had a good working relations with Ms. Ford but adversely changed. I finally heard back from Ms. Ford on August 13,2021 on my birthday and informed me that things had changed and I was terminated. It shouldn't be noted Mr. Hardy conttacted me regarding the previous jobs I applied for. I believe he contacted me with ill intentions it wasn't about the jobs it was an avenue he used to get me to return to work to be terminated.

-

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 490-2022-00398 |

**Tennessee Human Rights Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Sharon Mabon** | 901-233-3333 | ▓▓/66 |

| Street Address | City, State and ZIP Code |
|---|---|
| **130 Casey Drive** | **Rossville, Tennessee 38066** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Memphis Light Gas & Water** | **500+** | **901-544-6549** |

| Street Address | City, State and ZIP Code |
|---|---|
| **220 S. Main Street** | **Memphis, TN 38103** |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify) **FMLA**

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: **10/1/2019**    Latest: **08/13/2021**
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

On June 3, 2018, I was hired by Memphis Light Gas & Water as physical security. About a year and half later, I advised the Respondent that because of my faith as a Hebrew Isreallite, I could not work on the Sabbath because the schedule changed. I submitted an accommodation request. My requested accommodations were not granted and I filed an EEOC charge on October 19, 2019, which subsequently led me to file a pro se lawsuit in federal court. My case was dismissed for failure to state a claim on June 14, 2021.

In January 2020, I met with Mr. Goodloe, a Vice President, who stated that I should have been fired a long time ago and should never have made probation. During this meeting, Goodloe referenced my EEOC complaint, stating "you went to the EEOC, my hands are tied. There's not really much I can do for you."

Following the filing of my prior charge of discrimination, I began to experience harassment in the form of denial of request for days off, refusal to provide shift change, refusal of weekends off, but male co-workers with less time at MLG&W than me were allowed to have personal days off when requested, shift changes and one male co-worker was given weekends off. This caused me to suffer from severe anxiety and exacerbated my PTSD. I was written up for being AWOL and went out on leave dealing with my disability in September 2020. When I returned to work, I was in a single location for many months until around June 2021. After my lawsuit was dismissed, the difficulty with my schedule and work increased. I went out on leave again on June 29, 2021, because of my disability. While I was out on leave, I applied for a different position that would be less stressful for me. I spoke with Al Hardy about whether I still wanted a different job and Edward Castro in Human Resources who told me that I could not get the job until I came back to work. I contacted my doctor's office about returning to work and was told that the doctor would allow me to return to work in two weeks. I put in a call to Linda Ford in Human Resources. When I heard back from Ms. Ford, I told her how excited I was for the new position and she advised that had changed and I had been terminated. I was unaware that I had been terminated. Ms. Ford stated that a letter was mailed advising me of the termination. I found out on August 13, 2021.

I believe I was discriminated against due to my disability in violation of The Americans with Disabilities Act Amendments Act, and discriminated against based on my sex (female) and retaliated against for engaging in protected activity (filing an EEOC complaint) in violtion of The Civil Rights Acts of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>*Sharon Mabon*<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| 11/24/2021    *Sharon Mabon*<br>Date    Charging Party Signature | |

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Memphis District Office
1407 Union Avenue, 9th Floor
Memphis, TN 38104
(901) 685-4590
Website:

# DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 01/31/2023

**To:** Ms. Sharon Mabon
130 Casey Drive
Rossville, TN 38066
Charge No: 490-2022-00398

EEOC Representative and email:    PATRICIA ALEXANDER
Federal Investigator
Patricia.alexander@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 490-2022-00398.

On behalf of the Commission,

Digitally Signed By: Edmond Sims
01/31/2023

Edmond Sims
Acting District Director